UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                    **Plaintiff,**<br><br>     v.<br><br>**NATHAN GAUVIN; BLACKRIDGE, LLC; GRAY DIGITAL CAPITAL MANAGEMENT USA, LLC; and GRAY DIGITAL TECHNOLOGIES, LLC,**<br><br>                    **Defendants.** | Case No. 1:25-cv-6811<br><br>JURY TRIAL DEMANDED |

## NOTICE OF PROOF OF SERVICE AS TO DEFENDANT NATHAN GAUVIN

Plaintiff Securities and Exchange Commission ("SEC") hereby submits this Notice of Proof of Service demonstrating that Defendant Nathan Gauvin ("Gauvin") was personally served with the Complaint, Summons, and Plaintiff's Jury Demand (collectively, "Service Documents") on December 23, 2025.

Both the Hague Convention and Rule 4 of the Federal Rules of Civil Procedure allow for service upon an individual in the United Kingdom by a "competent person." *Baskett v. Autonomous Rsch. LLP*, No. 17-CV-9237 (VSB), 2018 WL 4757962, at *14 (S.D.N.Y. Sept. 28, 2018) (citing *Hoffman v. Bailey*, 996 F. Supp. 2d 477, 482 (E.D. La. 2014) and noting that service in the UK by a registered process server was "both in compliance with Rule 4(f) and is permitted under the Hague Convention").

Attached hereto as <u>Exhibit 1</u> is the Affidavit of Service of Julian Matthew Paul Rozario. Mr. Rozario is a registered process server working on behalf of CMS Cameron McKenna Nabarro Olswang LLP, solicitors in the United Kingdom. Mr. Rozario was retained to serve

Defendant Gauvin, who is currently incarcerated in the United Kingdom.  As a registered process server, Mr. Rozario is a competent person under the Hague Convention.  As stated in Mr. Rozario's affidavit, Defendant Gauvin personally accepted service of the Service Documents on December 23, 2025.[1]  Accordingly, Defendant Gauvin's Answer is due on or before January 13, 2026.

Dated: January 7, 2026.                     Respectfully submitted,

                                                                                  */s/ Matthew J. Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone: (817) 978-3821
Facsimile: (817) 978-4927
guldem@sec.gov

ATTORNEY FOR PLAINTIFF SECURITIES
AND EXCHANGE COMMISSION

---

[1] Mr. Rozario also served the Service Documents on Defendants Blackridge, LLC, Gray Digital Capital Management USA, LLC, and Gray Digital Technologies, LLC by and through Gauvin.  These defendants were previously served through their registered agents in Delaware.  *See* Dkts. 11-13.

## **CERTIFICATE OF SERVICE**

I certified that on January 7, 2026, I electronically submitted the foregoing document to be electronically filed with the Clerk of the Court for the Eastern District of New York, by using the CM/ECF system. I hereby certify that I have served all parties according to Fed. R. Civ. P. 5(b)(2).

                                            */s/ Matthew J. Gulde*
                                            Matthew J. Gulde

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>NATHAN GAUVIN; BLACKRIDGE, LLC; GRAY DIGITAL CAPITAL MANAGEMENT USA, LLC; and GRAY DIGITAL TECHNOLOGIES, LLC,<br><br>       Defendants. | Case No. 1:25-cv-6811<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF SERVICE

1. I, Julian Matthew Paul Rozario, a private process server, am over eighteen years old and I am not a party or otherwise interested in the subject matter in the case. I am competent to testify about the facts personally known to me as set forth herein.

2. On 18 December 2025 I on behalf of ERI Recoveries Limited ("ERI") received from CMS Cameron McKenna Nabarro Olswang LLP ("CMS") a law firm with offices in London, the United Kingdom, the Complaint, the Plaintiff's Demand for Jury Trial and Summons in a Civil Action ("the Court Documents") in this case. I understand that CMS were retained to act on behalf of the Securities and Exchange Commission ("the SEC") to facilitate service of process on Mr Nathan Gauvin together with the three corporate defendants, Blackridge, LLC, Gray Digital Capital Management USA, LLC and Gray Digital Technologies, LLC, and CMS in turn retained and instructed ERI to effect service on Mr Gauvin.

EXHIBIT 1

3.   On Tuesday 23 December 2025 at 15.30 hours, I personally served Nathan Gauvin at HMP Wandsworth, Heathfield Road, London, SW18 3HR with copies of the Court Documents. I also handed him further copies of the Court Documents for each of the corporate defendants, namely Blackridge, LLC, Gray Digital Capital Management USA, LLC and Gray Digital Technologies, LLC.

4.   At the time of service, Nathan Gauvin freely confirmed his identity to me and confirmed that he had also received copies of the aforementioned documents in the post.

5.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Julian Matthew Paul Rozario

SWORN at  }
          }  Taylor Rose
          }  Cantium House
          }  Railway Approach
          }  Wallington
          }  Surrey
          }  SM6 0DZ
          }
this 2nd day of JANUARY 2026

Before me  ZAINAB QAISAR  *[signature]*

A Solicitor

2